# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YAHAIRA PEREZ, Executrix of the** | : | **CIVIL ACTION** |
| **Estate of Marvin Yamar Perez** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **NO.  09-4298** |
| **v.** | : | |
| | : | |
| **THE CITY OF PHILADELPHIA** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |

## O R D E R

**AND NOW** this 5th day of April, upon consideration of the City of Philadelphia's Motion to Dismiss (Document No.3, filed Nov. 23, 2009) and Plaintiff Yahaira Perez's Response to the City of Philadelphia's Motion to Dismiss (Document No. 4, filed December 16, 2009), and after hearing oral argument on March 11, 2010, for the reasons set forth in the Memorandum dated April 5, 2010, **IT IS ORDERED** that the City of Philadelphia's Motion to Dismiss is **GRANTED WITHOUT PREJUDICE** to plaintiff's right to proceed against any other parties if warranted by the facts.

BY THE COURT:

/s/ Jan E. DuBois
**JAN E. DUBOIS, J.**

-1-